# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | DAVID R. MARRIOTT | WORLDWIDE PLAZA | KEVIN J. ORSINI | NICHOLAS A. DORSEY |
| EVAN R. CHESLER | MICHAEL A. PASKIN | 825 EIGHTH AVENUE | MATTHEW MORREALE | ANDREW C. ELKEN |
| RICHARD W. CLARY | ANDREW J. PITTS | NEW YORK, NY 10019-7475 | JOHN D. BURETTA | JENNY HOCHENBERG |
| STEPHEN L. GORDON | MICHAEL T. REYNOLDS | | J. WESLEY EARNHARDT | VANESSA A. LAVELY |
| ROBERT H. BARON | ANTONY L. RYAN | TELEPHONE: +1-212-474-1000 | YONATAN EVEN | G.J. LIGELIS JR. |
| DAVID MERCADO | GEORGE E. ZOBITZ | FACSIMILE: +1-212-474-3700 | BENJAMIN GRUENSTEIN | MICHAEL E. MARIANI |
| CHRISTINE A. VARNEY | GEORGE A. STEPHANAKIS | | JOSEPH D. ZAVAGLIA | LAUREN R. KENNEDY |
| PETER T. BARBUR | DARIN P. MCATEE | | STEPHEN M. KESSING | SASHA ROSENTHAL-LARREA |
| THOMAS G. RAFFERTY | GARY A. BORNSTEIN | | LAUREN A. MOSKOWITZ | ALLISON M. WEIN |
| MICHAEL S. GOLDMAN | TIMOTHY G. CAMERON | | DAVID J. PERKINS | MICHAEL P. ADDIS |
| RICHARD HALL | KARIN A. DEMASI | CITYPOINT | JOHNNY G. SKUMPIJA | JUSTIN C. CLARKE |
| JULIE A. NORTH | DAVID S. FINKELSTEIN | ONE ROPEMAKER STREET | J. LEONARD TETI, II | SHARONMOYEE GOSWAMI |
| ANDREW W. NEEDHAM | DAVID GREENWALD | LONDON EC2Y 9HR | D. SCOTT BENNETT | C. DANIEL HAAREN |
| STEPHEN L. BURNS | RACHEL G. SKAISTIS | TELEPHONE: +44-20-7453-1000 | TING S. CHEN | EVAN MEHRAN NORRIS |
| KATHERINE B. FORREST | PAUL H. ZUMBRO | FACSIMILE: +44-20-7860-1150 | CHRISTOPHER K. FARGO | LAUREN M. ROSENBERG |
| KEITH R. HUMMEL | ERIC W. HILFERS | | KENNETH C. HALCOM | |
| DAVID J. KAPPOS | GEORGE F. SCHOEN | | DAVID M. STUART | |
| DANIEL SLIFKIN | ERIK R. TAVZEL | | AARON M. GRUBER | SPECIAL COUNSEL |
| ROBERT I. TOWNSEND, III | CRAIG F. ARCELLA | | O. KEITH HALLAM, III | SAMUEL C. BUTLER |
| PHILIP J. BOECKMAN | DAMIEN R. ZOUBEK | WRITER'S DIRECT DIAL NUMBER | OMID H. NASAB | |
| WILLIAM V. FOGG | LAUREN ANGELILLI | +1-212-474-1080 | DAMARIS HERNÁNDEZ | |
| FAIZA J. SAEED | TATIANA LAPUSHCHIK | | JONATHAN J. KATZ | |
| RICHARD J. STARK | ALYSSA K. CAPLES | WRITER'S EMAIL ADDRESS | MARGARET SEGALL D'AMICO | OF COUNSEL |
| THOMAS E. DUNN | JENNIFER S. CONWAY | bgruenstein@cravath.com | RORY A. LERARIS | MICHAEL L. SCHLER |
| MARK I. GREENE | MINH VAN NGO | | KARA L. MUNGOVAN | CHRISTOPHER J. KELLY |

May 4, 2020

<u>United States of America v. Pierce, No. 18-cv-2412, 11-cr-576</u>

Dear Judge Pauley:

        On behalf of Earl Pierce, I respectfully write to join in the letter filed by counsel for Mr. Enrique Brito, advising the Court of the Second Circuit's decision in *United States v. Scott*, ___ F.3d ___, 2020 WL 1522825 (2d Cir. March 31, 2020), and adopt the arguments made therein. (Dkt. 11-cr-576, No. 712).

        The Second Circuit in *Scott* held that manslaughter in the first degree under N.Y. Penal Law is not a "crime of violence" under the elements clause of the Armed Career Criminal Act ("ACCA") because the crime can be committed by omission, and not by force. As described more fully in Mr. Brito's letter, the same reasoning applies to attempted murder in the second degree; thus, it too is not a "crime of violence" under ACCA, or the similarly worded 18 U.S.C. § 924(c). (*Id.* at 2-3.) As the Court is aware, Mr. Pierce has made several arguments in support of his motion to vacate his conviction on Count Twenty-Four. One such argument is that one of the predicate offenses for this § 924(c) charge, as alleged in Count Eleven, was attempted murder in the second degree under N.Y. Penal Law, which is not a "crime of violence."

        Respectfully submitted,

        */s/ Benjamin Gruenstein*

        Benjamin Gruenstein

Hon. William H. Pauley III
   Daniel Patrick Moynihan
      United States Courthouse
         500 Pearl St.
           New York, New York 10007

Copy to:

Daniel Wolf
   Assistant U.S. Attorney
      United States Attorney's Office for the Southern District of New York
         One St. Andrew's Plaza
           New York, New York 10007

VIA ECF