UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                      11-cr-576 (PKC)

      -against-

                                                                                                                       ORDER

EARL PIERCE,

                Defendant.
-----------------------------------------------------------x
EARL PIERCE,
                Movant,

                                                                                            18-cv-2412 (PKC)

      -against-

UNITED STATES OF AMERICA.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

      Earl Pierce has not made a substantial showing of the denial of a constitutional right and, accordingly, a certificate of appealability will not issue as to the denial of his section 2255 motion. 28 U.S.C. § 2253; see Blackman v. Ercole, 661 F.3d 161, 163-64 (2d Cir. 2011). This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Opinion and Order of May 15, 2024 would not be taken in good faith and therefore in forma pauperis status is denied. See Coppedge v. United States, 369 U.S. 438 (1962).

      SO ORDERED.

                                                                                      P. Kevin Castel
                                                                         United States District Judge

Dated: New York, New York
        June 10, 2024